UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JOSEPH GUGLIELMO, on behalf of himself and :
all others similarly situated,
                                    :
         Plaintiffs,                :       Index No.:1:19-cv-11635
                                    :
         v.                         :       **CIVIL ACTION**
GENERAL PANTS CO US LLC,            :
                                    :
         Defendant.                 :
                                    :
                                    :
                                    :
                                    :
------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    **IT IS HEREBY AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: September 14, 2020                          Respectfully Submitted,

So ordered.
  September 15, 2020                          /s/ David Paul Force
                                              David Paul Force
                                              **Stein Saks, PLLC**
                                              285 Passaic Street
                                              Hackensack, NJ 07601
                                              dforce@steinsakslegal.com
_____                     Tel. 201-282-6500
J. PAUL OETKEN                                *Attorneys for Plaintiff*
United States District Judge

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 14th day of September, 2020      Respectfully Submitted,

      */s/ David Paul Force*
      David Paul Force, Esq.